# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DEBORAH JENNINGS § | |
| § | Civil Action No.  4:16-CV-869 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| PREMIER RECOVERY GROUP, INC. § | |
| § | |

## FINAL DEFAULT JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that, pursuant to Rule 55(b)(2), judgment by default should be entered against Defendant Premier Recovery Group, Inc. ("Defendant"), and in favor of Plaintiff Deborah Jennings, based on the following:

1. Plaintiff Deborah Jennings has certified to personal jurisdiction and service of process, and that Defendant is not an infant, incompetent person or in active military service of the United States of America.

2. Defendant, having been duly served, has failed to appear, answer, plead or otherwise defend this action.

3. The Clerk's default of Defendants was entered on February 9, 2017.

4. The amount claimed is a sum certain in the amount of $4,116.00, plus pre- and post-judgment interest.

Accordingly, judgment is hereby entered against Defendant, and in favor of Plaintiff Deborah Jennings in the amount of $4,116.00, plus pre- and post-judgment interest.

This matter is closed on the Court's docket.

**IT IS SO ORDERED**.

**SIGNED this 21st day of September, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE